### CHAPMAN *v.* TOWN OF TAYLOR.

(*Supreme Court, General Term, Fourth Department.* April, 1892.)

Appeal from circuit court, Cortland county.

Action by William H. Chapman against the town of Taylor on coupons representing interest payable on bonds issued by defendant in aid of the construction of the Utica, Chenango & Cortland Railroad Company, to recover damages, with compound interest for refusal to pay the same. From a judgment entered for plaintiff on a decision of the circuit court, a jury having been waived, defendant appeals. Affirmed.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

*B. A. Benedict*, for appellant. *Edward B. Thomas*, for respondent.

MERWIN, J. This action is brought to recover the amount of certain past-due coupons taken from bonds issued by the defendant, the town of Taylor, under the provisions of chapter 907, Laws 1869, as amended by chapter 789, Laws 1870, in aid of the Utica, Chenango & Cortland Railroad Company. The questions presented in this case are the same as those presented in the case of *Stanton* v. *Same Defendant*, 19 N. Y. Supp. 43, (decided at this term,) and are sufficiently discussed in the opinion in that case, in connection with the opinion in the case of *Beattys* v. *Town of Solon*, Id. 37, (also decided at this term.) The same order should be made here as in the *Stanton Case.* All concur.